# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|  | ) | |
|  | ) | **CRIMINAL ACTION** |
| v. | ) | **NO. 09-10373-GAO** |
|  | ) | |
| DWIGHT JENKINS and | ) | |
| ERIC J ARCHAMBAULT | ) | |
| Defendant. | ) | |
|  | ) | |

## ORDER OF EXCLUDABLE TIME
### December 10, 2010

**HILLMAN, M.J.**

At the request of the Government, and with consent of counsel for the Defendants, I am excluding from the provisions of the Speedy Trial Act, the period from October 15, 2010 through and including the November 15, 2010, (date of the Final Status Conference.)  I exclude the time under the provisions of 18 U.S.C. §3161(h)(7)(A), because I find that the ends of justice outweigh the interest of the Defendants and the public in a speedy trial.  Specifically, I find that the Defendants filed an assented to Motion to Continue the status conference and exclude time under the Speedy Trial Act (Document # 42).  They cited as grounds for that motion that they had been unable to complete their review of some 15,000 pages of discovery.  I further find that the Defendants have needed this period of time to continue their negotiations with the Government towards a non-trial resolution of the case.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE